## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Frances Timko McGrier,
a/k/a Frances T. McGrier,
a/k/a Frances McGrier,
      Debtor,

Frances Timko McGrier,
      Movant,

v.

SANTANDER CONSUMER USA
      Respondent,

JACK N. ZAHAROPOULOS
      Standing Chapter 13 Trustee.

CHAPTER 13

CASE NO. 5:25-bk-03624

### Motion to Turnover Property of the Bankruptcy Estate:
### 2013 Lexus RX bearing VIN # 2T2BK1BAXDC161722

AND NOW comes the Debtor, Frances Timko McGrier, by and through her attorneys, and seeks an Order directing the Respondent, Santander Consumer USA, to turnover property of the Bankruptcy Estate and avers as follows:

1. The Debtor is an adult individual residing at 514 Brown Street, Stroudsburg, PA 18360.

2. Respondent is Santander Consumer USA with a mailing address of P.O. Box 961245, Fort Worth, Texas 76161-1245.

3. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1334 and § 157.

4. Debtor filed a bankruptcy petition on December 19, 2025.

5. Prior to the bankruptcy filing, Respondent repossessed Debtor's vehicle identified as a 2013 Lexus RX bearing VIN # 2T2BK1BAXDC161722 (the "Vehicle"). A true and correct copy of a Notice of Repossession and Notice of Our Plan to Sell Property, from

Respondent to Movant, dated December 2, 2025, outlining Movant's right to reinstate or redeem the Vehicle is attached hereto as **Exhibit "A"**.

6. A repossessed vehicle remains part of the bankruptcy estate if ownership has not yet transferred under state law.

7. Instantly, as reflected in **Exhibit "A"**, the sale is scheduled to take place sometime after December 22, 2025, and therefore ownership of the Vehicle has not yet transferred.

8. The Debtor needs the Vehicle to travel to and from her place of employment.

9. The proposed Chapter 13 Plan proposes to pay the Respondent the prepetition arrears owed as of the date of the bankruptcy filing with interest over 36 months.

WHEREFORE, Debtor respectfully requests that this Court enter an Order directing the Respondent to release the 2013 Lexus RX bearing VIN # 2T2BK1BAXDC161722 and for such other relief as this Honorable Court deems just.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: December 19, 2025