IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Frances Timko McGrier,<br>a/k/a Frances T. McGrier,<br>a/k/a Frances McGrier,<br>    Debtor,<br><br>Frances Timko McGrier,<br>    Movant,<br><br>v.<br><br>SANTANDER CONSUMER USA<br>    Respondent,<br><br>JACK N. ZAHAROPOULOS<br>    Standing Chapter 13 Trustee. | CHAPTER 13<br><br>CASE NO. 5:25-bk-03624 |

**ORDER**

AND NOW upon consideration of Debtor's Motion to Turnover Property of the Estate: 2013 Lexus RX bearing VIN # 2T2BK1BAXDC161722, objections, if any, and hearing, if any, it is hereby ORDERED that said Motion is GRANTED. Within seven days of the entering of this Order, Santander Consumer USA shall return the vehicle to the Debtor.