

Sent Via Certified Mail™
9307 1100 1170 1223 1214 39

December 2, 2025

FRANCES MCGRIER
514 BROWN ST
STROUDSBURG, PA 18360-2447

## NOTICE OF REPOSSESSION AND
## NOTICE OF OUR PLAN TO SELL PROPERTY

**Account Number:** XXXXXX9001
**Contract Dated ("agreement"):** 05/04/2022
**Description of Collateral ("collateral"):**

| Year: 2013 | Make: LEXUS | Model: RX | VIN: 2T2BK1BAXDC161722 |
|---|---|---|---|

Dear FRANCES MCGRIER:

This is formal notice that we have the collateral because you broke promises in our agreement. We intend to sell the collateral at the expiration of fifteen (15) days from 12/02/2025.

We will sell the collateral at a private sale sometime after 12/22/2025. A sale could include a lease or license.

The money we get from the sale, after paying our costs, will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

### RIGHT TO REINSTATE

You have the right to reinstate the collateral and continue in the performance of the agreement by paying the Total Reinstatement Amount as set forth below within fifteen days (15) from the date of this notice. If you pay this amount, you may continue with the agreement as though you had not defaulted and retake possession of the collateral. The Total Reinstatement Amount shown below is the amount you owe as of 12/01/2025.

| | |
|---|---:|
| Total Payments Due: | $2,404.95 |
|     11/18/2025  $601.85, | |
|     10/18/2025  $601.85, | |
|     09/18/2025  $601.85, | |
|     08/18/2025  $599.40 | |
| Late Fees: | $0.00 |



**SEE IMPORTANT CONSUMER NOTICES AT END OF LETTER**

| | |
|---|---:|
| Repossession Expenses: | $550.00 |
| Repair Costs: | $0.00 |
| Storage Expenses: | $0.00 |
| (incurred through 12/01/2025 @ $0.00 per day) | |
| Total Reinstatement Amount: | $2,954.95 |

This amount may change based on charges incurred or payments received after 12/01/2025. To learn the exact amount you must pay to reinstate the collateral, call us at (888) 222-4227. Payment should be directed to and notice may be served upon Santander Consumer USA, P. O. Box 660633, Dallas, TX 75266-0633.

## RIGHT TO REDEEM

You have the right to redeem (get back) the collateral by paying the Total Redemption Amount, as shown below. The Total Redemption Amount consists of all obligations due under the agreement and not just past due payments. You can redeem the collateral at any time before we sell the collateral or enter into an agreement to dispose of it. As of 12/01/2025, you can redeem the collateral by paying us the following:

| | |
|---|---:|
| Contract Balance: | $12,031.33 |
| (Includes Accrued Interest, which continues to accrue at $0.00 per day: $0.00) | |
| Late Fees: | $0.00 |
| Repossession Expenses: | $550.00 |
| Repair Costs: | $0.00 |
| Storage Expenses: | $0.00 |
| (incurred through 12/01/2025 @ $0.00 per day) | |
| Other Expenses: | $0.00 |
| Less Finance Charge Rebate: | ($0.00) |
| Total Redemption Amount: | $12,581.33 |

This amount may change based on charges incurred or payments received after 12/01/2025. To learn the exact amount you must pay to redeem the collateral, call us at (888) 222-4227. Payment should be directed to and notice may be served upon Santander Consumer USA, P. O. Box 660633, Dallas, TX 75266-0633.

If you want us to explain to you in writing how we have figured the amount that you owe us, call us at (888) 222-4227 or write us at Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-1245 and request a written explanation.

In addition, at any time after the execution of the contract and within one (1) year after the termination of the contract, we are required by law to furnish to you upon request a full statement of the account showing detailed account information. You can obtain one (1) copy of the account statement without charge; additional copies can be obtained upon request and after payment of a reasonable fee not to exceed the cost of production. If you wish to receive a copy of this full statement of the account, please contact us at P.O. Box 961245, Fort Worth, TX 76161-1245.

If you need more information about the sale call us at (888) 222-4227, Monday through Friday 7:00 AM to 7:00 PM Central Time, or write us at Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-1245.



The collateral is stored at:

Financial Adjusters Inc
1634 McArthur Road
Whitehall, PA 18052
(888) 222-4227

Any personal property left in the repossessed collateral will be held for thirty (30) days from the date of mailing of this notice. The personal property may be reclaimed within the thirty (30) day time period. Thereafter the property may be disposed of in any manner we choose.

We are sending this notice to the following other people who have an interest in the collateral or who owe money under your agreement: HARRIET MCGRIER.

You are receiving this notice due to the legal requirements of the state where you originally signed the agreement and/or the state where you currently reside.

Sincerely,

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161-1245
(888) 222-4227

©2025 Santander Consumer USA Inc. All rights reserved. *Serviced by Santander Bank, N.A.: www.SantanderConsumerUSA.com/servicer.

**IMPORTANT CONSUMER NOTICES:**

**If you are entitled to the protections of the United States Bankruptcy Code regarding the subject matter of this letter, this communication is not an attempt to collect a debt from you personally in violation of the bankruptcy code but is for informational purposes only.**

SANTANDER CONSUMER USA IS A DEBT COLLECTOR, THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Santander Consumer USA can report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Attention Servicemembers and Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including prohibiting repossession under most circumstances during the servicemember's active duty service. Santander Consumer USA will not repossess the property of a service member or his or her dependent during that time, unless pursuant either to a court order or a servicemember's written waiver. You can contact us toll-free at (888) 222-4227 if you have questions about your rights under SCRA.

Products and company names mentioned herein may be the trademarks of their respective owners.

