IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Frances Timko McGrier,<br>a/k/a Frances T. McGrier,<br>a/k/a Frances McGrier,<br>    Debtor,<br><br>Frances Timko McGrier,<br>    Movant,<br><br>v.<br><br>SANTANDER CONSUMER USA<br>    Respondent,<br><br>JACK N. ZAHAROPOULOS<br>    Standing Chapter 13 Trustee. | CHAPTER 13<br><br>CASE NO. 5:25-bk-03624 |

## CERTIFICATE OF MAILING

    I hereby certify that on December 19, 2025, I caused to be served a true and correct copy of **Motion to Turnover Property of the Bankruptcy Estate: 2013 Lexus RX bearing VIN # 2T2BK1BAXDC161722** as indicated below:

Santander Consumer USA
c/o Officer, a Managing Agent or General Agent, or an agent authorized to accept service
P.O. Box 961245
Fort Worth, Texas 76161-1245
*First Class Mail and Certified Mail Return Receipt Requested*

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Via ECF

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
Via ECF

                                        **NEWMAN WILLIAMS, P.C.**

                                        By:    /s/    Robert J. Kidwell, Esquire

Date: December 19, 2025